445 A.2d 227

DiFebo a/k/a Hine v. DiFebo, Appellant.

DiFebo a/k/a James v. DiFebo, Appellant.

Submitted May 5, 1981. Clement E. Kisailus, for appellant; Robert T. Panowicz, for appellee at No. 1812; Robert Nowalis, for appellee at No. 1813.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

Order affirmed.